JOHN ALLEVA, as Trustee, Respondent, *v.* ARTHUR TORNATORE et al., Appellants.

Argued December 9, 1938; decided January 4, 1939.

*J. Elliott Weilhart* and *John V. Irwin* for appellants.
*Garry J. Fury* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.